

FILED

NOV 12 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID R. QUINONEZ, | No. C 13-03637 HRL (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| BEARD, et al., | |
| Defendants. | |

On August 6, 2013, Plaintiff, a state prisoner proceeding pro se, filed a motion for emergency injunctive relief which initiated these proceedings pursuant to 42 U.S.C. § 1983. (Docket No. 1.) On the same day, the Clerk sent Plaintiff a notice that he must submit a complaint within twenty-eight days of the notice to avoid dismissal of the action, and provided a copy of the court's form complaint. (Docket No. 3.) Plaintiff was separately sent a notice that he must either pay the full filing fee or file an In Forma Pauperis ("IFP") Application within twenty-eight days to avoid dismissal of the action; a copy of the application was provided. (Docket No. 2.) On August 29, 2013, Plaintiff filed a complaint and consented to having magistrate jurisdiction. (Docket Nos. 5, 6.) On September 3, 2013, in response to Plaintiff's letter dated August 15, 2013, a letter was sent to Plaintiff notifying him that a complete IFP application was due by September 13, 2013, and directing him to request an extension of time if necessary. The deadline has

Order of Dismissal
G:\PRO-SE\HRL\CR.13\03637Quinonez_dism-ifp.wpd

1  since passed, and Plaintiff has neither paid the filing fee nor filed the necessary
2  documents to complete his IFP application.
3      Accordingly, this case is **DISMISSED** without prejudice for failure to pay the
4  filing fee.
5      **IT IS SO ORDERED.**
6  DATED: _____11/12/13_____
7                                        HOWARD R. LLOYD
                                      United States Magistrate Judge



**FILED**

NOV 1 2 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DAVID R QUINONEZ,

        Plaintiff,

v.

BEARD, et al.,

        Defendants.

Case Number: CV13-03637 HRL

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on __11/12/13__, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David R. Quinonez F82126
CTF/North
P.O. Box 705
Soledad, CA 93960-0705

Dated: __11/12/13__

Richard W. Wieking, Clerk